DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOY SUE-ANN FRANCIS,**
Appellant,

v.

**GARTON EARL FRANCIS,**
Appellee.

No. 4D22-2740

[August 10, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen M. Miller, Judge; L.T. Case No. 2021DR008606NB.

Samuel Alexander of Alexander Appellate Law P.A., DeLand, for appellant.

Verna Popo of The Law Office of Verna Popo, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***